1  TODD D. THIBODO (State Bar No. 171655) toddthibodo@charter.net
   LAW OFFICES OF TODD D. THIBODO
2  A PROFESSIONAL CORPORATION
   16133 Ventura Boulevard, Suite 580
3  Encino, California 91436
   Telephone: (818) 907-5769
4  Facsimile: (818) 907-5793

5  Attorney for Plaintiff
   DENNIS S. ELLIS

                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

| DENNIS S. ELLIS, | CASE NO. CV 07-4498-DDP (CTx) |
|---|---|
| Plaintiff, | Assigned to: Judge Dean D. Pregerson<br>Courtroom: 3 |
| vs. | DECLARATION OF TODD D. THIBODO IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 3 WITH EXHIBITS A TO C |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, et al., | |
| Defendants. | MOTION NO. 3 |
| | [Filed concurrently with Plaintiff's Motion in Limine to Exclude Certain Opinions of Defendants' Expert Witness John Ulzheimer; Memorandum of Points and Authorities] |
| | Trial:  September 16, 2008 |
| | Pre-Trial Conf.: September 8, 2008<br>Time:  4:00 p.m.<br>Place:  Crtrm. 3 |

DECLARATION OF TODD D. THIBODO

## **DECLARATION OF TODD D. THIBODO**

I, Todd D. Thibodo, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am the attorney of record for Plaintiff Dennis S. Ellis in United States District Court Central District of California Case No. CV 07-4498-DDP (CTx), <u>Ellis v. Pennsylvania Higher Education Assistance Agency, et al.</u> I have personal knowledge of the facts stated below, except those facts stated on information and belief and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Court's May 22, 2008 Order on Stipulation concerning expert witness disclosures. Pursuant to the Court's Order, the parties were required to make simultaneous expert witness disclosures on June 2, 2008, with rebuttal disclosures to be made by June 30, 2008. Defendants did not disclose any expert witnesses on June 2, 2008. On June 30, 2008, Defendants made a joint Disclosure of Expert Witness and Written Report of John Ulzheimer.

3. Attached hereto as Exhibit B is a true and correct copy of Defendants Pennsylvania Higher Education Assistance Agency and KeyBank, National Association's Disclosure of Expert Witness and Written Report of John Ulzheimer.

4. Attached hereto as Exhibit C are true and correct copies of pages 1, 20, 21, 91, 92, 94, 95 and 96 of the transcript of the deposition of John R. Ulzheimer.

5. On July 31, 2008, I informed Defendants that Plaintiff would be making this motion, and I requested that Defendants stipulate to exclusion of Ulzheimer's opinions. Plaintiff brings this motion as Defendants have failed to confirm that they will not seek to introduce such evidence.

1  I declare under penalty of perjury pursuant to the laws of the United
2  States and the State of California that the foregoing is true and correct.  Executed
3  this 18th day of August, 2008, at Los Angeles, California.

4

5                                                              /s/Todd D. Thibodo
                                                                  Todd D. Thibodo
6