| | |
|---|---|
| 1 | TODD D. THIBODO (SB# 171655) toddthibodo@charter.net |
| 2 | LAW OFFICES OF TODD D. THIBODO, A PROFESSIONAL CORPORATION |
| 3 | 16133 Ventura Boulevard, Suite 580 Encino, CA  91436 |
| 4 | Telephone:  (818) 907-5769 Facsimile:  (818) 907-5793 |
| 5 | Attorney for Plaintiff DENNIS S. ELLIS |
| 6 | Michael L. Meeks, Esq. (State Bar No. 172000) meeksm@pepperlaw.com |
| 7 | Carol A. Dwyer, Esq. (State Bar No. 239769) dwyerc@pepperlaw.com PEPPER HAMILTON LLP |
| 8 | 4 Park Plaza, Suite 1200 Irvine, California 92614 |
| 9 | Tel:  (949) 567-3500 Fax:  (949) 863-0151 |
| 10 | Attorney for Defendant PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY |
| 11 | |
| 12 | Lori A. Winfree (State Bar No. 205351) lwinfree@nixonpeabody.com Courtney Q. Brooks (State Bar No. 215127) cbrooks@nixonpeabody.com |
| 13 | W. Scott O'Connell, *pro hac vice*, soconnel@nixonpeabody.com NIXON PEABODY LLP |
| 14 | Gas Company Tower 555 West Fifth Street, 46th Floor |
| 15 | Los Angeles, California 90013 Tel:  (213) 629-6065 |
| 16 | Fax:  (213) 629-6001 |
| 17 | Attorneys for Defendant KEYBANK, NATIONAL ASSOCIATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DENNIS S. ELLIS, an individual, | CASE NO. CV 07-04498 DDP (CTx) |
|---|---|
| Plaintiff, | ORDER ON STIPULATION |
| vs. | |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, a Pennsylvania Corporation; KEY BANK USA NA, an Ohio Corporation; and DOES 1-50, inclusive, | Complaint filed: July 11, 2007 Trial Date:  September 16, 2008 |
| Defendants. | |

[PROPOSED] ORDER ON STIPULATION

ORDER

The Court having considered the stipulation of Plaintiff Dennis S. Ellis ("Plaintiff") and Defendants Pennsylvania Higher Education Assistance Agency ("PHEAA") and KeyBank, National Association ("KeyBank"), and good cause appearing therefore, it is HEREBY ORDERED that:

1. The parties will make simultaneous expert witness disclosures, in a form that complies with Fed. R. Civ. P. 26(a)(2), on June 2, 2008, with rebuttal disclosures to be made by June 30, 2008, and all expert depositions to be completed by July 18, 2008;

2. The depositions of Plaintiff and KeyBank's party witnesses may be taken after the discovery cutoff date; and

3. The depositions of the two remaining percipient witnesses may be taken after the discovery cutoff date.

Dated: May 22, 2008

_____
The Honorable Dean D. Pregerson,
Judge of the United States District Court
for the Central District of California